UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION



SHIMON MAIMON, Ph.D.,

    Plaintiff,

vs.

SEMICONDUCTOR DEVICES,

    Defendant.

Civil Action No.: 6:11-cv-06156-DGL

## SECOND JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The following joint stipulation is entered into by and between the parties, through their attorneys, in the above-referenced action, as follows:

WHEREAS, on or about May 18, 2011, the parties filed a Joint Stipulation For Extension Of Time To Respond To Complaint by which the parties stipulated and agreed to extend the time for Defendant to respond to the Complaint, to and including September 1, 2011 and not to serve any discovery request until September 1, 2011 or until authorized by the Court, whichever is later;

WHEREAS, on or about May 19, 2011, the Court signed the parties' Joint Stipulation For Extension Of Time To Respond To Complaint, and so ordered the extension of the time for Defendant to respond to the Complaint, to and including September 1, 2011 and further ordered the parties not to serve any discovery request until September 1, 2011 or until authorized by the Court, whichever is later;

WHEREAS, before this action proceeds any further, the parties desire to have additional time to explore the possibility of resolving this action without need for further litigation before this Court; and

WHEREAS the parties believe that a second extension of time for Defendant to respond to the Complaint would provide the parties necessary time to explore resolving this action without expending additional time and expense to litigate this action; therefore, it is hereby

STIPULATED AND AGREED, by and between the parties, through their attorneys, to extend the time for Defendant to respond to the Complaint by approximately two months, to and including November 1, 2011 and not to serve any discovery request until November 1, 2011 or until authorized by the Court, whichever is later.

Dated: August 25, 2011

Respectfully submitted,

s/ James E. Metzler
James E. Metzler, Esq.
BOYLAN, BROWN, CODE,
VIGDOR & WILSON, LLP
2400 Chase Square
Rochester, New York 14604
Tel: (585) 232-5300
Fax: (585) 232-3528
Email: jmetzler@boylanbrown.com

*Attorneys for Plaintiff*
*Shimon Maimon, Ph.D.*

s/ David C. Marcus
David C. Marcus (#2147619)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com

*Attorney for Defendant*
*SemiConductor Devices*

Dated: August 26, 2011

SO ORDERED:

Honorable David G. Larimer
United States District Judge