**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
**ROCHESTER DIVISION**

| | |
|---|---|
| SHIMON MAIMON, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEMICONDUCTOR DEVICES, )<br>)<br>Defendant. )<br>) | Civil Action No.: 6:11-cv-06156-DGL |

## FIFTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The following joint stipulation is entered into by and between the parties, through their attorneys, in the above-referenced action, as follows:

WHEREAS, on or about January 30, 2012, the Court signed the parties' Fourth Joint Stipulation For Extension Of Time To Respond To Complaint, and so ordered the extension of the time for Defendant to respond to the Complaint, to and including April 16, 2012, and further ordered the parties not to serve any discovery request until April 16, 2012, or until authorized by the Court, whichever is later;

WHEREAS, since the Court's January 30, 2012 Order, the parties have convened for mediation in Israel, and have thereby made progress toward resolving this action;

WHEREAS, before this action proceeds any further, the parties desire to have time to continue discussions to explore the possibility of resolving this action outside of the litigation before this Court, without any commitment to do so; and

WHEREAS the parties believe that a fifth extension of time for Defendant to respond to the Complaint would provide the parties necessary time to explore resolving this action without

expending additional time and expense to litigate this action; therefore, it is hereby

STIPULATED AND AGREED, by and between the parties, through their attorneys, to extend the time for Defendant to respond to the Complaint by fifteen (15) days, to and including May 1, 2012 and not to serve any discovery request until May 1, 2012 or until authorized by the Court, whichever is later.

Dated: April 12, 2012                                    Respectfully submitted,

*s/ James E. Metzler*                                    *s/ David C. Marcus*
James E. Metzler, Esq.                                   David C. Marcus (#2147619)
BOYLAN CODE LLP                                          WILMER CUTLER PICKERING
Culver Road Armory                                           HALE AND DORR LLP
145 Culver Road, Suite 100                               350 South Grand Avenue, Suite 2100
Rochester, New York 14620                                Los Angeles, CA 90071
Tel: (585) 232-5300                                      Tel: (213) 443-5312
Fax: (585) 238-9050                                      Fax: (213) 443-5400
Email: jmetzler@boylancode.com                           Email: david.marcus@wilmerhale.com

*Attorneys for Plaintiff*                                *Attorney for Defendant*
*Shimon Maimon, Ph.D.*                                   *SemiConductor Devices*

Dated: April 16, 2012

SO ORDERED:

Honorable David G. Larimer
United States District Judge