UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| SHIMON MAIMON, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEMICONDUCTOR DEVICES, )<br>)<br>Defendant. )<br>) | Civil Action No.: 6:11-cv-06156-DGL |

## SIXTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The following joint stipulation is entered into by and between the parties, through their attorneys, in the above-referenced action, as follows:

WHEREAS, on or about April 16, 2012, the Court signed the parties' Fifth Joint Stipulation For Extension Of Time To Respond To Complaint, and so ordered the extension of the time for Defendant to respond to the Complaint, to and including May 1, 2012, and further ordered the parties not to serve any discovery request until May 1, 2012, or until authorized by the Court, whichever is later;

WHEREAS the parties are actively engaged in mediation in Israel and have made progress toward resolving this action;

WHEREAS, before this action proceeds any further, the parties desire to have time to continue discussions to explore the possibility of resolving this action outside of the litigation before this Court, without any commitment to do so; and

WHEREAS the parties believe that a sixth extension of time for Defendant to respond to the Complaint would provide the parties necessary time to explore resolving this action without

expending additional time and expense to litigate this action; therefore, it is hereby

STIPULATED AND AGREED, by and between the parties, through their attorneys, to extend the time for Defendant to respond to the Complaint by one hundred and twenty (120) days, to and including August 29, 2012 and not to serve any discovery request until August 29, 2012 or until authorized by the Court, whichever is later.

Dated: April 26, 2012

Respectfully submitted,

/s James E. Metzler
James E. Metzler, Esq.
BOYLAN CODE LLP
Culver Road Armory
145 Culver Road, Suite 100
Rochester, New York 14620
Tel: (585) 232-5300
Fax: (585) 238-9050
Email: jmetzler@boylancode.com

*Attorneys for Plaintiff*
*Shimon Maimon, Ph.D.*

s/ David C. Marcus
David C. Marcus (#2147619)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com

*Attorney for Defendant*
*SemiConductor Devices*

Dated: April 30, 2012

SO ORDERED.

Honorable David G. Larimer
United States District Judge