UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| SHIMON MAIMON, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SEMICONDUCTOR DEVICES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 6:11-cv-06156-DGL |

## SEVENTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The following joint stipulation is entered into by and between the parties, through their attorneys, in the above-referenced action, as follows:

WHEREAS, on or about April 30, 2012, the Court signed the parties' Sixth Joint Stipulation For Extension Of Time To Respond To Complaint, and so ordered the extension of the time for Defendant to respond to the Complaint, to and including August 29, 2012 and further ordered the parties not to serve any discovery request until August 29, 2012, or until authorized by the Court, whichever is later;

WHEREAS, since the Court's April 30, 2012 Order, the parties have continued to participate in meetings and discussions to explore settlement, and have thereby made progress toward resolving this action;

WHEREAS, before this action proceeds any further, the parties desire to have time to continue discussions to resolve this action outside of the litigation before this Court; and

WHEREAS the parties believe that a seventh extension of time for Defendant to respond to the Complaint would provide the parties necessary time to explore resolving this action

without expending additional time and expense to litigate this action; therefore, it is hereby

STIPULATED AND AGREED, by and between the parties, through their attorneys, to extend the time for Defendant to respond to the Complaint by approximately three months, to and including December 5, 2012 and not to serve any discovery request until December 5, 2012 or until authorized by the Court, whichever is later.

Dated: August 22, 2012

Respectfully submitted,

s/ James. E. Metzler
James E. Metzler, Esq.
BOYLAN CODE, LLP
Culver Road Armory
145 Culver Road, Suite 100
Rochester, New York 14620
Tel: (585) 232-5300
Fax: (585) 238-9050
Email: jmetzler@boylancode.com

*Attorneys for Plaintiff*
*Shimon Maimon, Ph.D.*

Dated: August 22, 2012

s/ David C. Marcus
David C. Marcus (#2147619)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5312
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com

*Attorney for Defendant*
*SemiConductor Devices*

SO ORDERED:

_____
Honorable David G. Larimer
United States District Judge

ACTIVEUS 90983325v2