UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| SHIMON MAIMON, Ph.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEMICONDUCTOR DEVICES, )<br>)<br>Defendant. )<br>) | Civil Action No.: 6:11-cv-06156-DGL |

## EIGHTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The following joint stipulation is entered into by and between the parties, through their attorneys, in the above-referenced action, as follows:

WHEREAS, on or about August 23, 2012, the Court signed the parties' Seventh Joint Stipulation For Extension Of Time To Respond To Complaint, and so ordered the extension of the time for Defendant to respond to the Complaint, to and including December 5, 2012 and further ordered the parties not to serve any discovery request until December 5, 2012, or until authorized by the Court, whichever is later;

WHEREAS, since the Court's August 23, 2012 Order, the parties have continued to participate in meetings and discussions to explore settlement, and have thereby made progress toward resolving this action;

WHEREAS, before this action proceeds any further, the parties desire to have time to continue discussions to resolve this action outside of the litigation before this Court; and

WHEREAS the parties believe that an eighth extension of time for Defendant to respond to the Complaint would provide the parties necessary time to explore resolving this action

without expending additional time and expense to litigate this action; therefore, it is hereby

STIPULATED AND AGREED, by and between the parties, through their attorneys, to extend the time for Defendant to respond to the Complaint by approximately two months, to and including February 4, 2013 and not to serve any discovery request until February 4, 2013 or until authorized by the Court, whichever is later.

Dated: December 4, 2012                                    Respectfully submitted,

| | |
|---|---|
| s/ James. E. Metzler | s/ David C. Marcus |
| James E. Metzler, Esq. | David C. Marcus (#2147619) |
| BOYLAN CODE, LLP | WILMER CUTLER PICKERING |
| Culver Road Armory | HALE AND DORR LLP |
| 145 Culver Road, Suite 100 | 350 South Grand Avenue, Suite 2100 |
| Rochester, New York 14620 | Los Angeles, CA 90071 |
| Tel: (585) 232-5300 | Tel: (213) 443-5312 |
| Fax: (585) 238-9050 | Fax: (213) 443-5400 |
| Email: jmetzler@boylancode.com | Email: david.marcus@wilmerhale.com |
| | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *Shimon Maimon, Ph.D.* | *SemiConductor Devices* |

Dated: December 4, 2012

SO ORDERED:

Honorable David G. Larimer
United States District Judge